DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

CROWN ROOFING, LLC,

Appellant,

v.

JASPER CONTRACTORS, INC.,

Appellee.

No. 2D20-1777

———————————————

September 1, 2021

Appeal from the Circuit Court for Lee County; Keith R. Kyle, Judge.

Jason L. Gunter and Conor P. Foley of Jason L. Gunter, P.A., Ft. Myers, for Appellant.

Jeremy M. Paul of Orr / Cook, Jacksonville, for Appellee.

PER CURIAM.

    Affirmed.

NORTHCUTT, LaROSE, and KHOUZAM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.